# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142377

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellant,

v

KATHY LYNN HENRY,
        Respondent-Appellee.

SC: 142377
ADB: 09-107-JC

_____/

      On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

*Corbin R. Davis*
Clerk

p0418